DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT CASTILLO, LINDA CASTILLO, and WENDY TRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No.   3:16-cv-01958-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING RELATED ACTIONS**<br><br>Judge:   Hon. Richard Seeborg<br>Action Filed:   April 14, 2016 |
| NICHOLAS DATTOMA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | **RELATED CASE**<br><br>Case No.   5:16-cv-02136-RS<br><br>Judge:   Hon. Richard Seeborg<br>Action Filed:   April 21, 2016 |

1  Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiffs EVERETT CASTILLO, LINDA CASTILLO, WENDY TRAN, and NICHOLAS DATTOMA ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Seagate Technology LLC ("Seagate"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, two related putative class actions involving allegations related to Seagate's security practices and a phishing incident are currently pending before this Court, involve the same issues of fact and law, and therefore should be consolidated for all purposes;

WHEREAS, the first action, *Castillo et al. v. Seagate Technology LLC*, No. 3:16-cv-01958-RS, was filed on April 14, 2016;

WHEREAS, the second action, *Dattoma v. Seagate Technology LLC*, No. C5:16-cv-02136-RS, was filed on April 21, 2016;

WHEREAS, on May 16, 2016, the Court issued an order relating the above-captioned cases, and both are assigned to Judge Richard Seeborg (*Castillo* Dkt. No. 11; *Dattoma* Dkt. No. 10);

WHEREAS, Seagate's responses to the *Castillo* and *Dattoma* complaints are currently due on June 15, 2016;

WHEREAS, the parties agree that judicial efficiency would best be served by consolidating the above captioned cases and by Plaintiffs filing a Consolidated Complaint, as it would be duplicative and wasteful of the Court's resources for Seagate to respond to and the parties to separately litigate the individual complaints;

WHEREAS, the parties agree that Defendant is no longer required to respond to the separate complaints on June 15 given Plaintiffs' agreement to file a Consolidated Complaint;

WHEREAS, the parties agree that Plaintiffs will file the Consolidated Complaint within 14 days of the Court's order approving consolidation, and Seagate will have thirty days from the date of the filing of the Consolidated Complaint to respond;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, subject to the approval of the Court, that the *Castillo* and *Dattoma* actions should be consolidated. Seagate's June 15 response date is vacated. Plaintiffs will file a Consolidated

1  Complaint within fourteen (14) days of the Court's order granting consolidation, and Seagate
2  will file a response within thirty (30) days thereafter.

3  Dated: June 14, 2016                     DAVID F. MCDOWELL
                                            TIFFANY CHEUNG
4                                           ALEXANDRA E. LAKS
                                            MORRISON & FOERSTER LLP
5

6
                                            By:   */s/ Tiffany Cheung*
7                                                 TIFFANY CHEUNG

8                                           Attorneys for Defendant
                                            SEAGATE TECHNOLOGY LLC
9

10 Dated: June 14, 2016                     ERIC A. GROVER
                                            KELLER GROVER LLP
11

12
                                            By:   */s/ Eric A. Grover*
13                                                ERIC A. GROVER

14                                          Attorneys for Plaintiff
                                            NICHOLAS DATTOMA
15
   Dated: June 14, 2016                     JEREMIAH FREI-PEARSON
16                                          FINKELSTEIN, BLANKINSHIP, FREI-
                                            PEARSON & GARBER, LLP
17

18
                                            By:   */s/ Jeremiah Frei-Pearson*
19                                                JEREMIAH FREI-PEARSON

20                                          Attorneys for Plaintiff
                                            NICHOLAS DATTOMA
21

22

23

24

25

26

27

28

1  Dated: June 14, 2016

LIONEL Z. GLANCY
MARC L. GODINO
MARK S. GREENSTONE
GLANCY PRONGAY & MURRAY LLP


By:   */s/ Mark S. Greenstone*
      MARK S. GREENSTONE

Attorneys for Plaintiffs
EVERETT CASTILLO, LINDA
CASTILLO, and WENDY TRAN

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ECF ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file the following STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS. In compliance with Local Rule 5-1(i)(3), I hereby attest that Eric A. Grover, Jeremiah Frei-Pearson, and Mark S. Greenstone have concurred in this filing.

Dated: June 14, 2016

DAVID F. MCDOWELL
TIFFANY CHEUNG
ALEXANDRA E. LAKS
MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
    TIFFANY CHEUNG

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/14 , 2016

HON. RICHARD SEEBORG
United States District Judge