1  DAVID F. MCDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California  90017-3543
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
6  ALEXANDRA E. LAKS (CA SBN 291861)
   ALaks@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendant
   SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and STEVEN WILK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No.       3:16-cv-01958-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JULY 21, 2016 CASE MANAGEMENT CONFERENCE**<br><br>Judge:          Hon. Richard Seeborg<br>Action Filed:   April 14, 2016 |

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiffs EVERETT CASTILLO, LINDA
2  CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and, STEVEN
3  WILK ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant
4  Seagate Technology LLC ("Seagate"), through their undersigned counsel, hereby stipulate as
5  follows:

6  WHEREAS, on June 15, 2016, the Court granted the parties' stipulation to consolidate
7  two actions related to Seagate's security practices: *Castillo et al. v. Seagate Technology LLC*,
8  No. 3:16-cv-01958-RS (filed on April 14, 2016) and *Dattoma v. Seagate Technology LLC*, No.
9  C5:16-cv-02136-RS (filed on April 21, 2016) (Dkt. No. 19);

10  WHEREAS, Plaintiffs filed their Amended Consolidated Complaint on June 28, 2016
11  (Dkt. No. 22);

12  WHEREAS, pursuant to the parties' stipulation and the Court's Order, Seagate's
13  deadline to file its response is July 28, 2016 (*See* Dkt. No. 19 1:26-2:2);

14  WHEREAS, the Case Management Conference for this matter is currently scheduled for
15  July 21, 2016, and the Joint Case Management Statement is due a week earlier, on July 14, 2016
16  (*See Castillo* Dkt. No. 9; *Dattoma* Dkt. No. 12);

17  WHEREAS, the parties agree that judicial efficiency would best be served by continuing
18  the Case Management Conference until after Seagate has had the opportunity to analyze the
19  allegations in the Amended Consolidated Complaint and to allow the parties an opportunity to
20  meaningfully confer about the claims and defenses at issue and to brief any pleading motion;

21  WHEREAS, the parties agree that the Case Management Conference should be
22  rescheduled to September 8, 2016 or a date thereafter convenient for the Court;

23  WHEREAS, the parties agree that all dates based on the initial case management
24  conference, including the parties' deadline to meet and confer regarding initial disclosures, early
25  settlement, the ADR process, and a discovery plan, as well as their deadline to file the Joint
26  Case Management Conference Statement and Rule 26(f) report and complete initial disclosures,
27  should be continued in accordance with the new case management conference date;

28  IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel,

subject to the approval of the Court, that the July 21, 2016 Case Management Conference is continued to **September 8, 2016 at 10:00 a.m.**  The parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan—as well as file their ADR Certification and a Stipulation to ADR Process or Notice of Need for ADR Phone Conference—21 days prior to that date, on **August 18, 2016**.  The parties shall file their Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement 7 days prior to September 8, on **September 1, 2016.**

Dated: July 5, 2016　　　　　　　　　　**MORRISON & FOERSTER LLP**

By: */s/ Tiffany Cheung*
David F. McDowell
Tiffany Cheung
Alexandra E. Laks
425 Market Street
San Francisco, CA 94105
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522
Email: DMcDowell@mofo.com
　　　　TCheung@mofo.com
　　　　ALaks@mofo.com

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

| | | |
|---|---|---|
| 1 | Dated: July 5, 2016 | **GLANCY PRONGAY & MURRAY LLP** |
| 2 | | |
| 3 | | By: */s/ Mark S. Greenstone* |
| | | Lionel Z. Glancy |
| 4 | | Marc L. Godino |
| | | Mark S. Greenstone |
| 5 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 6 | | Telephone:  (310) 201-9150 |
| | | Facsimile:  (310) 201-9160 |
| 7 | | Email:  info@glancylaw.com |
| 8 | | **BRAGAR EAGEL & SQUIRE, P.C.** |
| | | David J. Stone (*Pro Hac Vice*) |
| 9 | | Jeffrey H. Squire (*Pro Hac Vice*) |
| | | Lawrence P. Eagel (*Pro Hac Vice*) |
| 10 | | 885 Third Avenue, Suite 3040 |
| | | New York, NY 10022 |
| 11 | | Telephone:  (212) 308-5858 |
| | | Facsimile:  (212) 486-0462 |
| 12 | | Email:  stone@bespc.com |
| | | squire@bespc.com |
| 13 | | eagel@bespc.com |
| 14 | | *Attorneys for Plaintiffs* |
| | | EVERETT CASTILLO, LINDA CASTILLO, |
| 15 | | WENDY TRAN, AND THE CLASS |
| 16 | | **KELLER GROVER LLP** |
| | | Eric A. Grover |
| 17 | | 1965 Market Street |
| | | San Francisco, CA 94103 |
| 18 | | Telephone:  (415) 543-1305 |
| | | Facsimile:  (415) 543-7861 |
| 19 | | Email:  eagrover@kellergrover.com |
| 20 | | **FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP** |
| 21 | | Jeremiah Frei-Pearson (*Pro Hac Vice*) |
| | | 445 Hamilton Avenue, Suite 605 |
| 22 | | White Plains, NY 10601 |
| | | Telephone:  (914) 298-3281 |
| 23 | | Facsimile:  (914) 908-6709 |
| | | Email:  jfrei-pearson@fbfglaw.com |
| 24 | | |
| | | *Attorneys for Plaintiffs* |
| 25 | | NICHOLAS DATTOMA, FREDA LANG, |
| | | STEVEN WILK, AND THE CLASS |
| 26 | | |
| 27 | | |
| 28 | | |

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file the following STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. In compliance with Local Rule 5-1(i)(3), I hereby attest that Mark S. Greenstone has concurred in this filing.

Dated: July 5, 2016

DAVID F. MCDOWELL
TIFFANY CHEUNG
ALEXANDRA E. LAKS
MORRISON & FOERSTER LLP

By: /s/ *Tiffany Cheung*
     TIFFANY CHEUNG

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __7/5__, 2016 _____
HON. RICHARD SEEBORG
United States District Judge