DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and STEVEN WILK, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SEAGATE TECHNOLOGY LLC,

Defendant.

Case No. 3:16-cv-01958-RS

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PLAINTIFFS' TIME TO FILE AMENDED COMPLAINT**

Judge: Hon. Richard Seeborg
Action Filed: April 14, 2016

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and, STEVEN WILK ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Seagate Technology LLC ("Seagate"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 15, 2016, the Court granted the parties' stipulation to consolidate the following two actions : *Castillo et al. v. Seagate Technology LLC*, No. 3:16-cv-01958-RS (filed on April 14, 2016) and *Dattoma v. Seagate Technology LLC*, No. C5:16-cv-02136-RS (filed on April 21, 2016) (Dkt. No. 19);

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint on June 28, 2016 (Dkt. No. 22);

WHEREAS, Seagate moved to dismiss the Consolidated Class Action Complaint on July 28, 2016 (Dkt. No. 29);

WHEREAS, by order entered September 14, 2016 (Dkt. No. 39), the Court granted in part and denied in part Seagate's motion to dismiss, and the Court granted Plaintiff leave to amend their complaint within 20 days of the order;

WHEREAS, Plaintiffs' deadline to amend the complaint is currently October 4, 2016, which is the second day of the Rosh Hashana holiday;

WHEREAS, on September 29, 2016, counsel for the parties discussed issues related to Plaintiffs' anticipated amended complaint and certain information Plaintiff intends to allege that may need to be filed under seal;

WHEREAS, the parties intend to continue their discussions to determine whether information contained in the anticipated amended complaint should be filed under seal;

WHEREAS, the parties have previously requested an order continuing a case management conference, which was granted on July 6, 2016 (Dkt. No. 28), and a fourteen-day extension of time to respond to the Complaint filed on April 14, 2016, pursuant to Local Rule 6-1.

WHEREAS, in light of the intervening holiday and in order to efficiently attempt to resolve any issues concerning confidentiality, plaintiffs have requested, and defendant does not oppose, an extension of plaintiffs' deadline to file their amended complaint by fourteen (14) days, through and including October 18, 2016.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, subject to the approval of the Court, that the October 4, 2016, deadline for plaintiffs' to file their amended complaint is continued through and including October 18, 2016.

Dated: September 30, 2016

**GLANCY PRONGAY & MURRAY LLP**

By: _/s/ Marc S. Greenstone_
Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**BRAGAR EAGEL & SQUIRE, P.C.**
David J. Stone (*Pro Hac Vice*)
Jeffrey H. Squire (*Pro Hac Vice*)
Lawrence P. Eagel (*Pro Hac Vice*)
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: stone@bespc.com
squire@bespc.com
eagel@bespc.com

*Attorneys for Plaintiffs*
EVERETT CASTILLO, LINDA CASTILLO, WENDY TRAN, AND THE CLASS

**KELLER GROVER LLP**
Eric A. Grover
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
Email: eagrover@kellergrover.com

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
Jeremiah Frei-Pearson (*Pro Hac Vice*)
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
Telephone: (914) 298-3281
Facsimile: (914) 908-6709
Email: jfrei-pearson@fbfglaw.com

*Attorneys for Plaintiffs*
NICHOLAS DATTOMA, FREDA LANG, STEVEN WILK, AND THE CLASS

By: */s/ Tiffany Cheung*
David F. McDowell
Tiffany Cheung
Alexandra E. Laks
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: DMcDowell@mofo.com
TCheung@mofo.com
ALaks@mofo.com

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 10/3/16

The Honorable Richard Seeborg