| | |
|---|---|
| 1 | DAVID F. MCDOWELL (CA SBN 125806) |
| | DMcDowell@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 3 | Los Angeles, California  90017-3543 |
| | Telephone: 213.892.5200 |
| 4 | Facsimile: 213.892.5454 |
| 5 | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| 6 | ALEXANDRA E. LAKS (CA SBN 291861) |
| | ALaks@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 8 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |
| 10 | Attorneys for Defendant |
| | SEAGATE TECHNOLOGY LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and STEVEN WILK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SEAGATE TECHNOLOGY LLC, <br><br> Defendant. | Case No.    3:16-cv-01958-RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY OF LITIGATION BY THREE WEEKS** <br><br> Judge:           Hon. Richard Seeborg <br> Action Filed:  April 14, 2016 |

1       Pursuant to Local Rule 7-12, Plaintiffs EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and, STEVEN WILK ("Plaintiffs"), and Defendant Seagate Technology LLC ("Seagate"), through their undersigned counsel, hereby stipulate as follows:

      WHEREAS, on June 15, 2016, the Court granted the parties' stipulation to consolidate the following two actions : *Castillo et al. v. Seagate Technology LLC*, No. 3:16-cv-01958-RS (filed on April 14, 2016) and *Dattoma v. Seagate Technology LLC*, No. C5:16-cv-02136-RS (filed on April 21, 2016) (Dkt. No. 19);

      WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint on June 28, 2016 (Dkt. No. 22);

      WHEREAS, Seagate moved to dismiss the Consolidated Class Action Complaint on July 28, 2016 (Dkt. No. 29);

      WHEREAS, by order entered September 14, 2016, the Court granted in part and denied in part Seagate's motion to dismiss (Dkt. No. 39);

      WHEREAS, Plaintiffs filed their First Amended Consolidated Class Action Complaint on October 18, 2016 (Dkt. No. 48);

      WHEREAS, on November 1, 2016, pursuant to the parties' stipulation, the Court entered an order staying this litigation for 60 days (Dkt. No. 52);

      WHEREAS, the current Case Management Conference is scheduled to be held on January 5, 2017 (Dkt No. 53);

      WHEREAS, the Parties participated in a private mediation before the Honorable Carl West (Ret.) at JAMS on December 13, 2016;

      WHEREAS, with the assistance of Judge West, the Parties are continuing to work toward a resolution of this litigation and believe that a brief, three-week extension of the current stay would conserve the resources of the parties and the Court;

      IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, subject to the approval of the Court:

      (1)    That the current stay of this matter is extended for an additional 21 days; and

1  (2) That the Case Management Conference scheduled for January 5, 2017 is continued
2      until January 26, 2017.

Dated: December 27, 2016          **KELLER GROVER LLP**

By:   *s/ Eric A. Grover*
Eric A. Grover
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
Email: eagrover@kellergrover.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

**BRAGAR EAGEL & SQUIRE, P.C.**
David J. Stone (*Pro Hac Vice*)
Jeffrey H. Squire (*Pro Hac Vice*)
Lawrence P. Eagel (*Pro Hac Vice*)
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone:  (212) 308-5858
Facsimile:  (212) 486-0462
Email:  stone@bespc.com
        squire@bespc.com
        eagel@bespc.com

*Attorneys for Plaintiffs*
EVERETT CASTILLO, LINDA CASTILLO,
WENDY TRAN, AND THE CLASS

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
Jeremiah Frei-Pearson (*Pro Hac Vice*)
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
Telephone:  (914) 298-3281
Facsimile:  (914) 908-6709
Email: jfrei-pearson@fbfglaw.com

*Attorneys for Plaintiffs*
NICHOLAS DATTOMA, FREDA LANG,
STEVEN WILK, AND THE CLASS


By: ___*s/ Tiffany Cheung*___
David F. McDowell
Tiffany Cheung
Alexandra E. Laks
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: DMcDowell@mofo.com
           TCheung@mofo.com
           ALaks@mofo.com

*Attorneys for Defendant*
SEAGATE TECHNOLOGY LLC

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file the following STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY OF LITIGATION BY THREE WEEKS. In compliance with Local Rule 5-1(i)(3), I hereby attest that Eric A. Grover has concurred in this filing.

Dated: December 27, 2016

DAVID F. MCDOWELL
TIFFANY CHEUNG
ALEXANDRA E. LAKS
MORRISON & FOERSTER LLP

By: _s/ Tiffany Cheung_
    TIFFANY CHEUNG

Attorneys for Defendant

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 12/27/16

THE HONORABLE RICHARD SEEBORG
United States District Judge