1  DAVID F. MCDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California  90017-3543
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
6  ALEXANDRA E. LAKS (CA SBN 291861)
   ALaks@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendant
   SEAGATE TECHNOLOGY LLC

11

12                **UNITED STATES DISTRICT COURT**

13         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                  **SAN FRANCISCO DIVISION**

15

16 | EVERETT CASTILLO, LINDA | Case No.: 3:16-cv-01958-RS |
| CASTILLO, NICHOLAS DATTOMA, | |
17 | FREDA LANG, WENDY TRAN, and | **JOINT CASE MANAGEMENT** |
| STEVEN WILK, individually and on | **STATEMENT, STIPULATION, AND** |
18 | behalf of all others similarly situated, | **[PROPOSED] ORDER TO CONTINUE** |
| | **CASE MANAGEMENT CONFERENCE** |
19 | Plaintiffs, | **AND STAY OF THIS ACTION** |
20 | v. | Judge: Hon. Richard Seeborg |
| | Action Filed: April 14, 2016 |
21 | SEAGATE TECHNOLOGY LLC, | |
22 | Defendant. | |

23

24

25

26

27

28

1    Pursuant to Local Rule 16-10(d), the parties hereby submit the following Joint Case

2    Management Statement.

3    As per the parties' previous Joint Case Management Statement and Stipulation (ECF Dkt.

4    No. 57), Plaintiffs Everett Castillo, Linda Castillo, Nicholas Dattoma, Freda Lang, Wendy Tran

5    and Steven Wilk, on behalf of themselves and all others similarly situated, and Defendant Seagate

6    Technology LLC, by and through their respective counsel of record, have entered into a

7    memorandum of understanding regarding the settlement of this action on a class-wide basis.  The

8    parties have been continuing to work diligently toward a class-wide settlement, with the

9    assistance of The Honorable Carl West (Ret.), and have made progress since the parties' last case

10    management statement.

11    The parties respectfully request a brief continuance of the March 16, 2017 case

12    management conference, and the stay of this action (including all discovery and motion

13    deadlines), for 30 days, to allow the parties to focus their resources and efforts on this settlement

14    and preparing the necessary settlement documentation. `Case Management Conference`
`continued to April 20, 2017.   Joint Case Management Statement due`
15    `April 13, 2017.`                              Respectfully submitted,

16    Dated:  March 9, 2017

17                                               By:    */s/ Tiffany Cheung*

18                                               **MORRISON & FOERSTER LLP**
                                                 Tiffany Cheung
19                                               Alexandra E. Laks
                                                 425 Market Street
20                                               San Francisco, California 94105-2482
                                                 Telephone: (415) 268-7000
21                                               Facsimile:  (415) 268-7522
                                                 TCheung@mofo.com
22                                               ALaks@mofo.com

23                                               **MORRISON & FOERSTER LLP**
                                                 David F. McDowell
24                                               707 Wilshire Boulevard
                                                 Los Angeles, California 90017-3543
25                                               Telephone: 213.892.5200
                                                 Facsimile: 213.892.5454
26                                               DMcDowell@mofo.com

27                                               *Attorneys for Defendant*
                                                 SEAGATE TECHNOLOGY LLC

28

Dated:  March 9, 2017

By:     */s/ Eric A. Grover*
_____

**KELLER GROVER LLP**
Eric A. Grover
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile:  (415) 543-7861
eagrover@kellergrover.com

**FINKELSTEIN, BLANKINSHIP,
FREIPEARSON & GARBER, LLP**
Jeremiah Frei-Pearson (*Pro Hac Vice*)
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
Telephone: (914) 298-3281
Facsimile: (914) 908-6709
jfrei-pearson@fbfglaw.com

*Attorneys for Plaintiffs*
NICHOLAS DATTOMA, FREDA LANG,
STEVEN WILK, AND THE CLASS

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

**BRAGAR EAGEL & SQUIRE, P.C.**
David J. Stone (*Pro Hac Vice*)
Jeffrey H. Squire (*Pro Hac Vice*)
Lawrence P. Eagel (*Pro Hac Vice*)
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
stone@bespc.com
squire@bespc.com
eagel@bespc.com

*Attorneys for Plaintiffs*
EVERETT CASTILLO, LINDA CASTILLO,
WENDY TRAN, AND THE CLASS

JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE AND STAY OF THIS ACTION
CASE NO. 3:16-CV-01958-RS

2