1  DAVID F. MCDOWELL (CA SBN 125806)
   DMcDowell@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
3  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
4  Facsimile: 213.892.5454

5  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
6  ALEXANDRA E. LAKS (CA SBN 291861)
   ALaks@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendant
   SEAGATE TECHNOLOGY LLC

11

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF CALIFORNIA**

14                **SAN FRANCISCO DIVISION**

15

16  EVERETT CASTILLO, LINDA          Case No.: 3:16-cv-01958-RS
    CASTILLO, NICHOLAS DATTOMA,
17  FREDA LANG, WENDY TRAN, and      **JOINT CASE MANAGEMENT
    STEVEN WILK, individually and on  STATEMENT, STIPULATION, AND
18  behalf of all others similarly situated,  [PROPOSED] ORDER TO CONTINUE
                                      CASE MANAGEMENT CONFERENCE
19              Plaintiffs,           AND STAY OF THIS ACTION**

20      v.                           Judge: Hon. Richard Seeborg
                                     Action Filed: April 14, 2016
21  SEAGATE TECHNOLOGY LLC,

22              Defendant.

23

24

25

26

27

28

1       Pursuant to Local Rule 16-10(d), the parties hereby submit the following Joint Case

2  Management Statement.

3       Plaintiffs Everett Castillo, Linda Castillo, Nicholas Dattoma, Freda Lang, Wendy Tran

4  and Steven Wilk, on behalf of themselves and all others similarly situated, and Defendant Seagate

5  Technology LLC, by and through their respective counsel of record, have entered into a

6  memorandum of understanding regarding the settlement of this action on a class-wide basis.  The

7  parties are actively working on finalizing the required settlement documentation, and Plaintiffs

8  plan to file a motion for preliminary approval by the end of April.

9       The parties respectfully request that the Court maintain the stay of this action until the

10  Court issues any further orders reinstating case deadlines.  The parties further request that the

11  Court continue the April 20, 2017 case management conference to May 25, 2017 to allow the

12  parties to focus their resources and efforts on finalizing this settlement and the necessary

13  settlement documentation.

14                              Respectfully submitted,

15  Dated:  April 10, 2017

16                           By:    */s/ Tiffany Cheung*

17                          **MORRISON & FOERSTER LLP**
                        Tiffany Cheung

18                          Alexandra E. Laks
                        425 Market Street

19                          San Francisco, California 94105-2482
                        Telephone: (415) 268-7000

20                          Facsimile:  (415) 268-7522
                        TCheung@mofo.com

21                          ALaks@mofo.com

22                          **MORRISON & FOERSTER LLP**
                        David F. McDowell

23                          707 Wilshire Boulevard
                        Los Angeles, California 90017-3543

24                          Telephone: 213.892.5200
                        Facsimile: 213.892.5454

25                          DMcDowell@mofo.com

26                          *Attorneys for Defendant*
                        SEAGATE TECHNOLOGY LLC

27

28

1    Dated: April 10, 2017

By:    */s/ Eric A. Grover*
2

3                  KELLER GROVER LLP
Eric A. Grover
4                  1965 Market Street
San Francisco, CA 94103
5                  Telephone: (415) 543-1305
Facsimile: (415) 543-7861
6                  eagrover@kellergrover.com

7                  FINKELSTEIN, BLANKINSHIP,
FREIPEARSON & GARBER, LLP
8                  Jeremiah Frei-Pearson (Pro Hac Vice)
445 Hamilton Avenue, Suite 605
9                  White Plains, NY 10601
Telephone: (914) 298-3281
10                 Facsimile: (914) 908-6709
jfrei-pearson@fbfglaw.com
11

12                 Attorneys for Plaintiffs
NICHOLAS DATTOMA, FREDA LANG,
STEVEN WILK, AND THE CLASS
13

14                 GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Marc L. Godino
15                Mark S. Greenstone
1925 Century Park East, Suite 2100
16                Los Angeles, CA 90067
Telephone: (310) 201-9150
17                Facsimile: (310) 201-9160
info@glancylaw.com
18

19                BRAGAR EAGEL & SQUIRE, P.C.
David J. Stone (Pro Hac Vice)
Jeffrey H. Squire (Pro Hac Vice)
20                Lawrence P. Eagel (Pro Hac Vice)
885 Third Avenue, Suite 3040
21                New York, NY 10022
Telephone: (212) 308-5858
22                Facsimile: (212) 486-0462
stone@bespc.com
23                squire@bespc.com
eagel@bespc.com
24

25                *Attorneys for Plaintiffs*
EVERETT CASTILLO, LINDA CASTILLO,
WENDY TRAN, AND THE CLASS
26

27

28

Joint Case Management Statement, Stipulation, and [Proposed] Order To Continue Case
Management Conference and Stay of This Action
Case No. 3:16-CV-01958-RS               2

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file the following JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND STAY OF THIS ACTION. In compliance with Local Rule 5-1(i)(3), I hereby attest that Eric A. Grover has concurred in this filing.

Dated: April 10, 2017          **MORRISON & FOERSTER LLP**

By:    _/s/ Tiffany Cheung_
         Tiffany Cheung
         425 Market Street
         San Francisco, California 94105-2482
         Telephone: (415) 268-7000
         Facsimile: (415) 268-7522
         TCheung@mofo.com

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __4/11_____, 2017

HON. RICHARD SEEBORG
United States District Judge

JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE AND STAY OF THIS ACTION
CASE NO. 3:16-CV-01958-RS

3