DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and STEVEN WILK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No.: 3:16-cv-01958-RS<br><br>**JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Richard Seeborg<br>Action Filed: April 14, 2016 |

Pursuant to Local Rule 16-10(d), the parties hereby submit the following Joint Case Management Statement.

Plaintiffs Everett Castillo, Linda Castillo, Nicholas Dattoma, Freda Lang, Wendy Tran and Steven Wilk, on behalf of themselves and all others similarly situated, and Defendant Seagate Technology LLC, by and through their respective counsel of record, have entered into a memorandum of understanding regarding the settlement of this action on a class-wide basis. The parties are close to finalizing the required settlement documentation. They expect to reach a final, executed agreement by the end of May, and Plaintiffs will file their motion for preliminary approval shortly.

The parties respectfully request that the Court continue the May 25, 2017 case management conference to June 29, 2017 to allow the parties to finalize this settlement, and so that the parties and the Court can discuss Plaintiffs' motion for preliminary approval at that time.

Respectfully submitted,

Dated: May 18, 2017

By: */s/ Tiffany Cheung*

**MORRISON & FOERSTER LLP**
Tiffany Cheung
Alexandra E. Laks
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
TCheung@mofo.com
ALaks@mofo.com

**MORRISON & FOERSTER LLP**
David F. McDowell
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
DMcDowell@mofo.com

*Attorneys for Defendant*
SEAGATE TECHNOLOGY LLC

JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-CV-01958-RS
sf-3769809

1

| | |
|---|---|
| Dated: May 18, 2017 | By: */s/ Eric A. Grover* |

        **KELLER GROVER LLP**
        Eric A. Grover
        1965 Market Street
        San Francisco, CA 94103
        Telephone: (415) 543-1305
        Facsimile: (415) 543-7861
        eagrover@kellergrover.com

        **FINKELSTEIN, BLANKINSHIP,**
        **FREIPEARSON & GARBER, LLP**
        Jeremiah Frei-Pearson (Pro Hac Vice)
        445 Hamilton Avenue, Suite 605
        White Plains, NY 10601
        Telephone: (914) 298-3281
        Facsimile: (914) 908-6709
        jfrei-pearson@fbfglaw.com

        *Attorneys for Plaintiffs*
        NICHOLAS DATTOMA, FREDA LANG,
        STEVEN WILK, AND THE CLASS

        **GLANCY PRONGAY & MURRAY LLP**
        Lionel Z. Glancy
        Marc L. Godino
        Mark S. Greenstone
        1925 Century Park East, Suite 2100
        Los Angeles, CA 90067
        Telephone: (310) 201-9150
        Facsimile: (310) 201-9160
        info@glancylaw.com

        **BRAGAR EAGEL & SQUIRE, P.C.**
        David J. Stone (Pro Hac Vice)
        Jeffrey H. Squire (Pro Hac Vice)
        Lawrence P. Eagel (Pro Hac Vice)
        885 Third Avenue, Suite 3040
        New York, NY 10022
        Telephone: (212) 308-5858
        Facsimile: (212) 486-0462
        stone@bespc.com
        squire@bespc.com
        eagel@bespc.com

        *Attorneys for Plaintiffs*
        EVERETT CASTILLO, LINDA CASTILLO,
        WENDY TRAN, AND THE CLASS

JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:16-CV-01958-RS
sf-3769809

2

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Tiffany Cheung, am the ECF User whose ID and password are being used to file the |
| 3 | following JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [PROPOSED] |
| 4 | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE. In compliance with Local |
| 5 | Rule 5-1(i)(3), I hereby attest that Eric A. Grover has concurred in this filing. |
| 6 | Dated: May 18, 2017 **MORRISON & FOERSTER LLP** |

By:   */s/ Tiffany Cheung*
Tiffany Cheung
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
TCheung@mofo.com

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 19, 2017

HON. RICHARD SEEBORG
United States District Judge