1 DAVID F. MCDOWELL (CA SBN 125806)
DMcDowell@mofo.com
2 MORRISON & FOERSTER LLP
707 Wilshire Boulevard
3 Los Angeles, California 90017-3543
Telephone: 213.892.5200
4 Facsimile: 213.892.5454

5 TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
6 ALEXANDRA E. LAKS (CA SBN 291861)
ALaks@mofo.com
7 MORRISON & FOERSTER LLP
425 Market Street
8 San Francisco, California 94105-2482
Telephone: 415.268.7000
9 Facsimile: 415.268.7522

10 Attorneys for Defendant
SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and STEVEN WILK individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>Defendant. | Case No. 3:16-cv-01958-RS<br><br>**JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Richard Seeborg<br>Action Filed:  April 14, 2016 |

Pursuant to Local Rule 16-10(d), the parties hereby submit the following Joint Case Management Statement.

Plaintiffs Everett Castillo, Linda Castillo, Nicholas Dattoma, Freda Lang, Wendy Tran and Steven Wilk, on behalf of themselves and all others similarly situated, and Defendant Seagate Technology LLC, by and through their respective counsel of record, have entered into a memorandum of understanding regarding the settlement of this action on a class-wide basis. The parties have finalized all settlement documentation, and are gaining approvals for final execution. In accordance with the parties' previous Case Management Statement, they expect to be able to file an agreement by the end of June, and Plaintiffs will file their motion for preliminary approval shortly thereafter.

The parties respectfully request that the Court continue the June 29, 2017 case management conference to July 27, 2017 to allow the parties to finalize this settlement, and so that the parties and the Court can discuss Plaintiffs' motion for preliminary approval at that time.

Respectfully submitted,

Dated: June 23, 2017

By:   /s/ Tiffany Cheung

**MORRISON & FOERSTER LLP**
Tiffany Cheung
Alexandra E. Laks
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
TCheung@mofo.com
ALaks@mofo.com

**MORRISON & FOERSTER LLP**
David F. McDowell
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454
DMcDowell@mofo.com

*Attorneys for Defendant*
SEAGATE TECHNOLOGY LLC

| | |
|---|---|
| Dated: June 23, 2017 | By: */s/ Eric A. Grover* |

                                      **KELLER GROVER LLP**
Eric A. Grover
1965 Market Street
San Francisco, CA 94103
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
eagrover@kellergrover.com

**FINKELSTEIN, BLANKINSHIP, FREIPEARSON & GARBER, LLP**
Jeremiah Frei-Pearson (Pro Hac Vice)
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
Telephone: (914) 298-3281
Facsimile: (914) 908-6709
jfrei-pearson@fbfglaw.com

*Attorneys for Plaintiffs*
NICHOLAS DATTOMA, FREDA LANG, STEVEN WILK, AND THE CLASS

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Marc L. Godino
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

**BRAGAR EAGEL & SQUIRE, P.C.**
David J. Stone (Pro Hac Vice)
Jeffrey H. Squire (Pro Hac Vice)
Lawrence P. Eagel (Pro Hac Vice)
885 Third Avenue, Suite 3040
New York, NY 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
stone@bespc.com
squire@bespc.com
eagel@bespc.com

*Attorneys for Plaintiffs*
EVERETT CASTILLO, LINDA CASTILLO, WENDY TRAN, AND THE CLASS

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file the following JOINT CASE MANAGEMENT STATEMENT, STIPULATION, AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE. In compliance with Local Rule 5-1(i)(3), I hereby attest that Eric A. Grover has concurred in this filing.

Dated: June 23, 2017        **MORRISON & FOERSTER LLP**

By: */s/ Tiffany Cheung*
Tiffany Cheung
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
TCheung@mofo.com

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/23, 2017

HON. RICHARD SEEBORG
United States District Judge