UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and STEVEN WILK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br>SEAGATE TECHNOLOGY LLC,<br>                Defendant. | Case No.: 3:16-cv-01958-RS<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING NOTICE PROGRAM**<br><br>Judge: Hon. Richard Seeborg<br>Action Filed: April 14, 2016 |

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING NOTICE PROGRAM
CASE NO. 3:16-cv-01958-RS

WHEREAS, a consolidated class action is pending before the Court entitled *Castillo, et al., v. Seagate Technologies LLC,* Case No. 3:16-CV-01958-RS; and

WHEREAS, Everett Castillo, Linda Castillo, Nicholas Dattoma, Freda Lang, Wendy Tran, and Steven Wilk (also referred to as "Plaintiffs" or "Settlement Class Representatives" for purposes of the Settlement Agreement), for themselves and on behalf of the Settlement Class, and Seagate Technologies LLC ("Seagate" or "Defendant"), have agreed to settle Plaintiffs' claims related to a phishing attack perpetrated against Seagate (the "Data Incident");

WHEREAS, the Parties' Stipulation and Agreement of Settlement ("Settlement Agreement"), together with the exhibits attached thereto, sets forth the terms and conditions for a proposed settlement and dismissal of the Action with prejudice as to Seagate for the claims of the Settlement Class upon the terms and conditions set forth in the Settlement Agreement, and the Court having read and considered the Settlement Agreement and exhibits attached thereto;

This matter coming before the Court upon the agreement of the Parties and the motion of Plaintiffs seeking preliminary approval of the Settlement Agreement, good cause being shown, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:**

1.   Terms and phrases in this order shall have the same meaning as set forth in the Settlement Agreement.

2.   The Court has jurisdiction over the subject matter of the Action, the Plaintiffs, the Settlement Class Members, and Seagate, and venue is proper in this District.

<u>Settlement Class Certification.</u>

3.   Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court preliminarily certifies, for settlement purposes only, a Settlement Class consisting of the following subclasses:

   a   **Settlement Employee Class:** All persons who are or were employees of Seagate or its affiliates (collectively "Seagate") and whose W-2 information was involved in the Data Incident.

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING NOTICE PROGRAM
CASE NO. 3:16-cv-01958-RS

1

b **Settlement Third Party Class:** All individuals who were Qualifying Spouses[1] or Qualifying Adult Dependents[2] of a Settlement Employee Class Member.

4. Excluded from the Settlement Class are Defendant, their officers and directors during the Settlement Class Period, the members of their immediate families, and their respective representatives, heirs, successors, and assigns. Also excluded from the Settlement Class are those Persons who otherwise satisfy the above requirements for membership in the Settlement Class, but who timely and validly request exclusion from the Settlement Class pursuant to the Notice to be sent to Settlement Class Members.

5. The Court hereby appoints Plaintiffs Everett Castillo, Linda Castillo, Wendy Tran, Nicholas Dattoma, Freda Lang, and Steven Wilk as Settlement Class Representatives.

6. The Court hereby appoints David J. Stone of Bragar Eagel & Squire, P.C., Marc L. Godino of Glancy Prongay & Murray LLP, Jeremiah Frei-Pearson of Finkelstein, Blankinship, Frei-Pearson & Garber, LLP and Eric A. Grover of Keller & Grover LLP as Settlement Class Counsel.

Preliminary Approval

7. Plaintiffs have moved the Court for an order approving the settlement of the Action in accordance with the Settlement Agreement, which, together with the documents incorporated therein, sets forth the terms and conditions for a proposed settlement and dismissal of the Action with prejudice against Seagate. The Court, having read and considered the Settlement Agreement and having heard the Parties' arguments in support of the Settlement Agreement, hereby preliminarily

---

[1] A "Qualifying Spouse" means a person who jointly filed his or her 2015 federal income taxes as a spouse, as defined by IRS requirements (https://www.irs.gov/publications/p17/ch02.html#en_US_2016_publink1000170736) with a Settlement Class Member.

[2] A "Qualifying Adult Dependent" means a person who was listed as a dependent on a Settlement Class Member's 2015 federal income tax filings and was over the age of 21 at that time.

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING NOTICE PROGRAM
CASE NO. 3:16-cv-01958-RS

2

1  approves the Settlement Agreement in its entirety subject to the Final Approval Hearing referred to in
2  Paragraph 20 of this order.

3        8.     The Court finds that, subject to the Final Approval Hearing, the Settlement
4  Agreement falls within the range of possible approval as fair, reasonable, adequate, and in the
5  best interests of the Settlement Class as to their claims against Seagate.  The Court further finds
6  that the Settlement Agreement substantially fulfills the purposes and objectives of the class
7  action, and provides beneficial relief to the Settlement Class.  The Court also finds that the
8  Settlement Agreement: (a) is the result of serious, informed, non-collusive arms' length
9  negotiations involving experienced counsel familiar with the legal and factual issues of this case
10 and made with the assistance of Honorable Carl J. West (Ret.) of JAMS; (b) is sufficient to
11 warrant notice of the settlement and the Final Approval Hearing to the Settlement Class; (c) meets
12 all applicable requirements of law, including Federal Rule of Civil Procedure 23 and the Class
13 Action Fairness Act ("CAFA"), 28 U.S.C. § 1715; and (d) is not a finding or admission of
14 liability by Seagate.

15 Notice and Administration

16       9.     Dahl Administration is hereby appointed as Settlement Administrator and shall
17 perform all the duties of the Settlement Administrator as set forth in the Settlement Agreement
18 and this order.

19       10.    The Court finds that the notice plan and all forms of Notice to the Class as set forth
20 in the Settlement Agreement and Exhibits A-B thereto (the "Notice Program") is reasonably
21 calculated to, under all circumstances, apprise the members of the Settlement Class of the
22 pendency of this action, the certification of the Settlement Class, the terms of the Settlement
23 Agreement, and the right of members to object to the settlement or to exclude themselves from
24 the Class.  The Notice Program is consistent with the requirements of Rule 23 and due process,
25 and constitutes the best notice practicable under the circumstances.

26       11.    The Court thus hereby approves the Notice Program, including the proposed
27 Notice documents attached as Exhibits A-B to the Settlement Agreement.  The Court also
28 approves the plan for Claims administration, including the Election Form and Reimbursement

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING NOTICE PROGRAM
CASE NO. 3:16-cv-01958-RS

3

1  Form attached as Exhibits C-D to the Settlement Agreement. The Parties may, by agreement, revise the Notice, Election Form, or Reimbursement Form documents in ways that are not material, or in ways that are appropriate to update those documents for purposes of accuracy or formatting.

12. Pursuant to the Settlement Agreement, within thirty-five (35) calendar days after the entry of the Preliminary Approval Order (the "Notice Date"), and subject to the requirements of the Settlement Agreement and this Preliminary Approval Order, Seagate shall coordinate with the Settlement Administrator to provide Notice pursuant to the Notice Program as follows:

    a    Within fifteen (15) days of entry of the Preliminary Approval Order, Seagate shall provide the Settlement Administrator with the data files containing the identity, last known mailing, email, or other addresses of the Settlement Employee Class Members.

    b    The Settlement Administrator shall run the addresses through the National Change of Address Database or other similar data source, and shall send to all such identifiable Settlement Employee Class Members the Mailed Notice and Email Notice ("Summary Notice").

    c    The Settlement Administrator shall perform reasonable address traces for all initial Mailed Notices that are returned as undeliverable. The Settlement Administrator shall complete the re-mailing of the Summary Notice by US mail to Settlement Employee Class Members whose new addresses were identified as of that time through address traces; and

    d    The Settlement Administrator shall publish, on or before the Notice Date, the Long-Form Notice on the Settlement Website in accordance with the requirements set forth in the Settlement Agreement.

13. Settlement Class Members who wish to receive benefits under the Settlement Agreement must complete and submit a valid Election Form for identity theft protection coverage and/or a valid Reimbursement Form for reimbursement of documented economic impact related to the Data Incident. All Election Forms must be postmarked or received by the Settlement

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING NOTICE PROGRAM
CASE NO. 3:16-cv-01958-RS

4

1  Administrator not later than June 30, 2018.  All Reimbursement Claim Requests must be received
2  by the Settlement Administrator by December 31, 2018.

3      14.    Within 10 days of the filing of the motion for preliminary approval, Seagate shall,
4  at its own cost, serve or cause to be served a notice of the proposed Settlement in accordance with
5  the requirements of the Class Action Fairness Act, 28 U.S.C. § 1715(b).

6  Exclusion

7      15.    Settlement Class Members who wish to exclude themselves from the Settlement
8  Class for purposes of this Settlement may do so by submitting a request for exclusion to the
9  Settlement Administrator not later than forty-five (45) days after the Notice Date.  The request for
10 exclusion must comply with the exclusion procedures set forth in the Settlement Agreement.
11 Each Settlement Class Member desiring to exclude him or herself from the Settlement Class shall
12 timely submit, by U.S. Mail, written notice of such intent to the designated address set forth in the
13 Notice. The written notice must clearly manifest the intent to be excluded from the Settlement
14 Class, and must be signed by the Settlement Class Member. A request for exclusion may not
15 request exclusion of more than one member of the Settlement Class.  Mass opt-outs are not
16 permitted.

17     16.    Any member of the Settlement Class who timely requests exclusion consistent
18 with these procedures may not file an objection to the Settlement and shall be deemed to have
19 waived any rights or benefits under this Settlement.  Settlement Class Members who fail to
20 submit a valid and timely request for exclusion shall be bound by all terms of the Settlement
21 Agreement and the Final Judgment.

22 Objections

23     17.    Any member of the Settlement Class who has not timely filed a request for
24 exclusion may object to the granting of final approval to the settlement. Settlement Class
25 Members may object on their own, or may do so through separate counsel at their own expense.

26     18.    Any written objection to the Settlement must include: (i) the name of the Action;
27 (ii) the objector's full name, address, telephone number, and e-mail address; (iii) a statement of
28 the basis on which the objector claims to be a Settlement Class Member; (iv) a written statement

1. of all grounds for the objection, accompanied by any legal support for the objection, and any evidence the objecting Settlement Class Member wishes to introduce in support of the objection; (v) the identity of all counsel, if any, representing the objector, including any former or current counsel who may claim entitlement to compensation for any reason related to the objection to the Settlement or the Fee Application; (vi) a statement confirming whether the objector intends to personally appear and/or testify at the Final Approval Hearing and the identification of any counsel representing the objector who intends to appear at the Final Approval Hearing; (vii) a list of any persons who will be called to testify at the Final Approval Hearing in support of the objection; (viii) the objector's signature signed under oath and penalty of perjury or, if legally incapacitated, the signature of their duly authorized representative (along with documentation setting forth such legal incapacitation and representation) (an attorney's signature is not sufficient); and (ix) must be submitted to the Court either by: (a) mailing it to the Class Action Clerk, United States District Court for the Northern District of California, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, or; (b) filing the objection in person at any location of the United States District Court for the Northern District of California.  Mailed objections must be filed or postmarked forty-five (45) days following the Notice Date.

19. Any member of the Settlement Class who fails to file and serve a timely written objection in compliance with the requirements of this order and the Settlement Agreement shall be deemed to have waived any objections and shall be foreclosed from making any objections (whether by appeal or otherwise) to the Settlement.

Fairness Hearing

20. A fairness hearing (the "Final Approval Hearing" or "Fairness Hearing") shall be held before this Court on March 8, 2018 at 1:30 p.m. in Courtroom 3 on the 17th Floor of the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 to consider: (a) whether the proposed settlement of the Action on the terms and conditions provided for in the Settlement Agreement is fair, reasonable and adequate and should be given final approval by the Court; (b) whether a final judgment should be entered; (c) whether to award payment of

1  attorneys' fees, costs, and expenses to Class Counsel and in what amount; and (d) whether to
2  award payment of a service award to the Settlement Class Representatives and in what amount.
3  The Court may adjourn the Fairness Hearing without further notice to Settlement Class Members.

4      21.    By no later than fourteen (14) days prior to the Objection Deadline, papers
5  supporting the Fee Application and requested service awards shall be filed with the Court and
6  posted to the settlement website.

7      22.    Papers in support of final approval of the Settlement Agreement shall be filed with
8  the Court no later than twenty-one (21) days prior to the Fairness Hearing.

9  <u>Miscellaneous Provisions</u>

10     23.    To protect its jurisdiction to consider the fairness of the Settlement Agreement and
11 to enter a final order and judgment having binding effect on all Settlement Class Members, the
12 Court hereby enjoins all members of the Settlement Class, and anyone who acts or purports to act
13 on their behalf, from pursuing all other proceedings in any state or federal court that seeks to
14 address rights or claims of any Released Party or Settlement Class Member relating to, or arising
15 out of, any of the Released Claims.

16     24.    Settlement Class Members shall be bound by all determinations and judgments
17 concerning the Action and/or Settlement Agreement, whether favorable or unfavorable.

18     25.    All case deadlines are stayed and suspended until further notice from the Court,
19 except for such actions as are necessary to implement the Settlement Agreement and this Order.

20     26.    In the event that this Settlement Agreement is terminated pursuant to its terms,
21 disapproved by any court (including any appellate court), and/or not consummated for any reason,
22 or the Effective Date for any reason does not occur, the order certifying the Settlement Class for
23 purposes of effectuating the Settlement, and all preliminary and/or final findings regarding that
24 class certification order, shall be automatically vacated upon notice of the same to the Court, the
25 Action shall proceed as though the Settlement Class had never been certified pursuant to this
26 Settlement Agreement and such findings had never been made, and the Action shall return to the
27 procedural posture on October 31, 2016, in accordance with this paragraph.  Neither party, nor
28 counsel shall refer to or invoke the vacated findings and/or order relating to class settlement or

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING NOTICE PROGRAM
CASE NO. 3:16-cv-01958-RS

7

Rule 23 of the Federal Rules of Civil Procedure if this Settlement Agreement is not consummated and the Action is later litigated and contested by Defendant under Rule 23 of the Federal Rules of Civil Procedure.

**IT IS ORDERED.**

Dated: October 19, 2017

_____
HONORABLE RICHARD SEEBORG

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVING NOTICE PROGRAM
CASE NO. 3:16-cv-01958-RS

8