1  ERIC A. GROVER
   eagrover@kellergrover.com
2  **KELLER GROVER LLP**
   1965 Market Street
3  San Francisco, California 94103
   Telephone: (415) 543-1305
4  Facsimile: (415) 543-7861

5  *Attorneys for Plaintiffs*

6  [Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| EVERETT CASTILLO, LINDA CASTILLO, NICHOLAS DATTOMA, FREDA LANG, WENDY TRAN, and STEVEN WILK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>SEAGATE TECHNOLOGY LLC,<br><br>　　　　　　　Defendant. | Case No: 3:16-cv-01958-RS<br><br>**STIPULATION TO INCREASE PAGE LIMITS FOR BRIEFING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT AND [~~PROPOSED~~] ORDER**<br><br>Date:　　　March 8, 2018<br>Time:　　　1:30 p.m.<br>Judge:　　　Hon. Richard Seeborg<br>Courtroom:　3 |

{00290540 }

STIPULATION TO INCREASE PAGE LIMITS FOR BRIEFING ON MOTION FOR FINAL APPROVAL
CASE NO. 3:16-CV-01958-RS

Pursuant to Local Rule 7-12, Plaintiffs Everett Castillo, Linda Castillo, Nicholas Dattoma, Freda Lang, Wendy Tran, and Steven Wilk, individually and on behalf of all others similarly situated ("Plaintiffs"), and Defendant Seagate Technology LLC ("Defendant") hereby stipulate, by and through their attorneys of record, to the following:

1. Plaintiffs' Motion for Final Approval of the Class Action Settlement ("Motion") is due to be filed on or before February 15, 2018. ECF No. 76.

2. Given the numerous complex issues that will be raised by Plaintiffs' Motion, Plaintiffs seek, for good cause, an increase in the page limits with respect to the briefing on the Motion.

3. The parties have conferred and Seagate does not oppose the requested relief.

4. Thus, the parties agree that Plaintiffs shall have an additional seven (7) pages for their Memorandum of Points and Authorities in support of Plaintiffs' Motion.

IT IS SO STIPULATED.

Dated: February 14, 2018

**KELLER GROVER LLP**

By: /s/ Eric A. Grover
Eric A. Grover
1965 Market Street
San Francisco, CA 91403
Telephone: (415) 543-1305
Facsimile: (415) 543-7861
eagrover@kellergrover.com

FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
Jeremiah Frei-Pearson (Pro Hac Vice)
445 Hamilton Avenue, Suite 605
White Plains, NY 10601
Telephone: (914) 908-6709
Jfrei-pearson@fbfglaw.com

|    |                          |                                                       |
|----|--------------------------|-------------------------------------------------------|
| 1  |                          | GLANCY, PRONGAY                                       |
| 2  |                          | & MURRAY, LLP                                         |
|    |                          | Marc L. Godino (State Bar No. 182689)                 |
| 3  |                          | Lionel Z. Glancy (State Bar No. 134180)               |
|    |                          | 1925 Century Park East, Suite 2100                    |
| 4  |                          | Los Angeles, California 90067                         |
|    |                          | Telephone:   (310) 201-9150                           |
| 5  |                          | Facsimile:   (310) 201-9160                           |
| 6  |                          | mgodino@glancylaw.com                                 |
| 7  |                          | BRAGAR EAGEL & SQUIRE, P.C.                           |
|    |                          | Jeffrey H. Squire                                     |
| 8  |                          | Lawrence P. Eagel                                     |
|    |                          | David J. Stone                                        |
| 9  |                          | 885 Third Avenue, Suite 3040                          |
|    |                          | New York, NY 10022                                    |
| 10 |                          | Telephone: (212) 308-5858                             |
| 11 |                          | Facsimile: (212) 486-0462                             |
|    |                          | stone@bespc.com                                       |
| 12 |                          |                                                       |
| 13 |                          | *Attorneys for Plaintiffs and the Class*              |
| 14 |                          |                                                       |
|    | Dated: February 14, 2018 | **MORRISON & FOERSTER LLP**                           |
| 15 |                          |                                                       |
| 16 |                          | By: */s/ Tiffany Cheung*                              |
|    |                          | Tiffany Cheung                                        |
| 17 |                          | Alexandra Eve Laks                                    |
|    |                          | 425 Market Street                                     |
| 18 |                          | San Francisco, 94105                                  |
|    |                          | Telephone: (415) 268-6848                             |
| 19 |                          | Facsimile: (415) 268-7522                             |
| 20 |                          | tcheung@mofo.com                                      |
|    |                          | alaks@mofo.com                                        |
| 21 |                          |                                                       |
|    |                          | *Attorneys for Defendant*                             |
| 22 |                          |                                                       |

{00290540}

- 2 -

STIPULATION TO INCREASE PAGE LIMITS FOR BRIEFING ON MOTION FOR FINAL APPROVAL
CASE NO. 3:16-CV-01958-RS

| | |
|---|---|
| 1 | **~~PROPOSE~~D ORDER** |
| 2 | Based on the Stipulation of the parties and GOOD CAUSE APPEARING THEREFORE, |
| 3 | Plaintiffs shall have an additional seven (7) pages for the opening Memorandum of Points and |
| 4 | Authorities in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement. |
| 6 | IT IS SO ORDERED. |
| 8 | Dated: February 14, 2018 |

*/s/ Richard Seeborg*
Hon. Richard Seeborg
United States District Court